SHAWN N. ANDERSON
United States Attorney
STEPHEN F. LEON GUERRERO
Assistant United States Attorney
MARIE L. MILLER
Special Assistant United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 18-00010 |
| Plaintiff, | |
| vs. | **UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |
| JOHN D. WALKER, aka JON WALKER, MARVIN R. REED, KENNETH R. CROWE, PHILLIP T. KAPP, RANDALL ROGERS, and HANSEN HELICOPTERS, INC. | |
| Defendants | |

COMES NOW, the United States and moves this Honorable Court for an order allowing the release to defense counsel of the testimony of witnesses who appeared before the Grand Jury in this matter and who will testify at the trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

U.S.' Motion to Release
Grand Jury Transcripts             1

1    This motion is made for the reason that release of this document prior to the testimony of

2    the witnesses will expedite the timely conduct of the trial itself.

3    RESPECTFULLY SUBMITTED this 5th day of June, 2020.

|   |   |
|---|---|
|   | SHAWN N. ANDERSON |
|   | United States Attorney |
|   | Districts of Guam and NMI |
| By: | *Stephen F. Leon Guerrero* |
|   | STEPHEN F. LEON GUERRERO |
|   | Assistant U.S. Attorney |
|   | *Marie L. Miller* |
|   | MARIE L. MILLER |
|   | Special Assistant U.S. Attorney |